

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00188-CV
_____

ERIN MARSH, Appellant

V.

KALORE INVESTMENT, LLC, Appellee

---

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2021-000941-2

---

Before Kerr, Birdwell, and Bassel
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  June 9, 2022